# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:04CR00341 ERW |
| | ) | |
| COREY D. WILLIAMS, | ) | File also in |
| | ) | No. 4:09CV01282 ERW |
| Defendant. | ) | |

## ORDER OF TRANSPORTATION

Pursuant to the Order previously issued by the Court in 4:09CV01282 ERW, Williams v. USA, a Re-Sentencing Hearing was scheduled in this matter for November 5, 2009. Due to transportation difficulties, the Marshals Service was unable to secure his transport for appearance on said date. The Re-Sentencing Hearing is reset to **November 18, 2009**, at **2:00 p.m.** in Courtroom 12 South of the United States District Court in St. Louis, Missouri. Defendant Corey D. Williams, Inmate #31101-044, is currently being held at the Federal Correctional Institute in Memphis, Tennessee, and Defendant's presence is required at this Hearing.

**IT IS HEREBY ORDERED** that the United States Marshal Service shall transport Corey D. Williams, Inmate #31101-044, from the Federal Correctional Institute in Memphis, Tennessee, to the U.S. District Court in St. Louis, Missouri, **in advance of** and for the attendance at the Re-Sentencing Hearing scheduled for **November 18, 2009**, at **2:00 p.m.**

So Ordered this 4th Day of November, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE